ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
E-Mail:  rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY BURNS, <br><br> Plaintiff, <br><br> vs. <br><br> CRANE CO., et al., <br><br> Defendants. | No. 3:14-cv-00414-SC <br><br> [~~PROPOSED~~] <br> ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT PURSUANT TO STIPULATION <br><br> This document relates to: <br><br> *Jerry Burns v. Crane Co., et al.,* <br> Alameda County Superior Court <br> Case No. RG13704805 <br><br> Judge: Hon. Samuel Conti <br> Courtroom: 1, 17th Floor |

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

This case is REMANDED to the Superior Court of California, County of Alameda, Case No. RG13704805.  The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Alameda, and that Court may thereupon proceed with the case.

Dated:  02/10/2014

_____
Hon. Samuel Conti
United States Senior District Judge

K:\Injured\118529\fed\PLD\ord-stp-remand-CRANCO.wpd

1

ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT PURSUANT TO STIPULATION; Case No. 3:14-cv-00414-SC